Richard W. Osman, State Bar No. 167993
Sheila D. Crawford, State Bar No. 278292
Nicole L. Phillips, State Bar No. 306638
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile: (415) 353-0990
Email: rosman@bfesf.com
scrawford@bfesf.com
nphillips@bfesf.com

Attorneys for Defendant
STUART K. TAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA MARIE CLOSE<br><br>　　Plaintiff,<br><br>v.<br><br>CITY OF VACAVILLE and STUART K. TAN<br><br>　　Defendants. | No. 2:17-cv-01313-WBS-DB<br><br>**STIPULATED REQUEST AND ORDER TO CONTINUE DISCOVERY DEADLINES** |

**STIPULATION**

Plaintiff LISA MARIE CLOSE and Defendant STUART K. TAN ("TAN"), by and through counsel of record for TAN, hereby stipulate as follows:

IT IS HEREBY STIPULATED BY AND BETWEEN the parties to the above-captioned matter that the parties respectfully request the Court to issue an order continuing fact and expert discovery deadlines.

The requested alteration of the deadlines is necessary to permit the parties to sufficiently complete fact and expert discovery. The parties have set the deposition of Plaintiff for August 30, 2018. The parties

1

have set the deposition of TAN for September 13, 2018. The parties are currently scheduling mediation for the end of October and wish to limit the costs and fees associated with expert discovery if this case can be resolved at mediation.

This is the first request to continue fact and expert discovery deadlines. This extension will not affect the trial date, or any other dates previously set by the Court.

For the reasons set forth above, the parties respectfully request this Court continue the previously set deadlines as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Close of Fact Discovery | October 19, 2018 | October 30, 2018 |
| Expert Disclosures | August 31, 2018 | December 10, 2018 |
| Rebuttal Expert Disclosures | September 21, 2018 | January 3, 2019 |
| Discovery Motion Deadline | October 19, 2018 | February 2, 2019 |
| Pre-Trial Conference | January 14, 2019 | February 11, 2019 |

IT IS SO STIPULATED AND REQUESTED THROUGH THE PARTIES' COUNSEL OF RECORD.

Dated: August 28, 2018        BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

By:      */s/ Nicole L. Phillips*
       Richard W. Osman
       Sheila D. Crawford
       Nicole L. Phillips
       Attorneys for Defendant
       STUART K. TAN

Dated: August 28, 2018        LAW OFFICES OF JOHN T. BELL

By:      */s/ John T. Bell*
       John T. Bell
       Attorney for Plaintiff
       LISA MARIE CLOSE

**ATTORNEY ATTESTATION**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or have been authorized by plaintiff's counsel to show their signature on this document as /s/.

Dated: August 28, 2018                     */s/ Nicole L. Phillips*
                                            Nicole L. Phillips

**ORDER**

WHEREFORE, good cause appearing and pursuant to stipulation of the parties, it is hereby ordered that the deadlines previously set by this Court are continued as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Close of Fact Discovery | October 19, 2018 | October 30, 2018 |
| Expert Disclosures | August 31, 2018 | December 10, 2018 |
| Rebuttal Expert Disclosures | September 21, 2018 | January 3, 2019 |
| Discovery Motion Deadline | October 19, 2018 | February 2, 2019 |
| Pre-Trial Conference | January 14, 2019 | February 11, 2019 |

**IT IS SO ORDERED.**

Dated: August 30, 2018

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.civil\close1313.stip.cont.sched.ord

3