Richard W. Osman, State Bar No. 167993
Sheila D. Crawford, State Bar No. 278292
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile: (415) 353-0990
Email: rosman@bfesf.com
scrawford@bfesf.com

Attorneys for Defendant
STUART K. TAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA MARIE CLOSE,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF VACAVILLE and STUART K. TAN,<br><br>    Defendants. | Case No. 2:17-cv-01313-WBS-DB<br><br>**STIPULATED REQUEST TO CONTINUE TRIAL DATE, PRETRIAL CONFERENCE AND DISPOSITIVE MOTION FILING DEADLINE** |

**STIPULATION**

Plaintiff LISA MARIE CLOSE and Defendant STUART K. TAN, by and through their counsel of record, hereby stipulate as follows:

IT IS HEREBY STIPULATED BY AND BETWEEN the parties to the above-captioned matter that the parties respectfully request the Court to issue an order continuing the trial date currently scheduled for March 5, 2019, the pre-trial conference, currently scheduled for February 11, 2019, and the deadline to file dispositive motions, currently set for November 9, 2018.

This is the first request to continue the trial date. Other than the dates identified in this stipulation, this extension will not affect any other dates previously set by the Court.

Initially, the parties sought to continue the pretrial conference because lead trial counsel for

1

defendant TAN, Richard Osman and Sheila Crawford, are presenting at a conference in southern California on February 11, 2019 and therefore are not available to attend the pretrial conference. When defense counsel, Nicole Phillips, requested the pretrial conference be continued from January 14, 2019 to February 11, 2019, she inadvertently did not account for the conference.

Upon realizing the scheduling conflict, defense counsel contacted the Courtroom Deputy, Karen Kirksey Smith, to get alternate dates for the pretrial conference and was informed that the pretrial conference could not be continued unless the March 5th trial date was also continued. Ms. Smith informed defense counsel that, based upon the Court's availability, the pretrial conference could be continued to March 18, 2019 at 9:00 am and the trial date could be continued to June 11, 2019 at 9:00 am.

Further, the parties are considering mediation and are engaged in discussions regarding potential mediation dates. As a result of this ongoing discussion and the potential continuation of the trial date, the parties request the dispositive motion filing deadline of November 9, 2018 be continued to December 7, 2018 so the parties do not incur the costs associated with further motion practice before they attempt to resolve the case.

For the reasons set forth above, the parties respectfully request this Court continue the previously set deadlines as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Close of Fact Discovery | October 30, 2018 | No change |
| Expert Disclosures | December 10, 2018 | No change |
| Rebuttal Expert Disclosures | January 3, 2019 | No change |
| Dispositive Motion Filing Deadline | November 9, 2018 | December 7, 2018 |
| Pre-Trial Conference | February 11, 2019 | March 18, 2019 |
| Trial | March 5, 2019 | June 11, 2019 |

IT IS SO STIPULATED AND REQUESTED THROUGH THE PARTIES' COUNSEL OF RECORD.

//

2

STIPULATED REQUEST TO CONTINUE TRIAL DATE, PRETRIAL CONFERENCE AND DISPOSITIVE MOTION FILING DEADLINE; [PROPOSED] ORDER
*Close v. City of Vacaville, et al.* U.S.D.C. Case No.: 2:17-cv-01313-WBS-DB

Dated: November 1, 2018                    BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

                                           By:     */s/ Sheila D. Crawford*
                                                   Richard W. Osman
                                                   Sheila D. Crawford
                                                   Attorneys for Defendant
                                                   STUART K. TAN


Dated: November 1, 2018                    LAW OFFICES OF JOHN T. BELL


                                           By:     */s/ John T. Bell*
                                                   John T. Bell
                                                   Attorney for Plaintiff
                                                   LISA MARIE CLOSE


## **ATTORNEY ATTESTATION**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or have been authorized by plaintiff's counsel to show their signature on this document as /s/.


Dated: November 1, 2018                            */s/ Sheila D. Crawford*
                                                   Sheila D. Crawford

# **ORDER**

WHEREFORE, good cause appearing and pursuant to stipulation of the parties, it is hereby ordered that the deadlines previously set by this Court are continued as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Close of Fact Discovery | October 30, 2018 | No change |
| Expert Disclosures | December 10, 2018 | No change |
| Rebuttal Expert Disclosures | January 3, 2019 | No change |
| Dispositive Motion Filing Deadline | November 9, 2018 | December 7, 2018 |
| Pre-Trial Conference | February 11, 2019 | March 18, 2019 at 1:30 p.m. |
| Trial | March 5, 2019 | June 11, 2019 at 9:00 a.m. |

**IT IS SO ORDERED.**

Dated: November 1, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE