Richard W. Osman, State Bar No. 167993
Sheila D. Crawford, State Bar No. 278292
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:  (415) 353-0999
Facsimile:  (415) 353-0990
Email:  rosman@bfesf.com
scrawford@bfesf.com

Attorneys for Defendant
STUART K. TAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA MARIE CLOSE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITY OF VACAVILLE and STUART K. TAN,<br><br>　　　　Defendants. | No. 2:17-cv-01313-WBS-DB<br><br>**STIPULATED REQUEST AND ORDER TO CONTINUE EXPERT DISCOVERY DEADLINES** |

## **STIPULATION**

Plaintiff LISA MARIE CLOSE and Defendant STUART K. TAN, by and through their counsel of record, hereby stipulate as follows:

IT IS HEREBY STIPULATED BY AND BETWEEN the parties to the above-captioned matter, and it is hereby requested by the parties that the Court issue an order continuing expert discovery deadlines.

The requested alteration of the deadlines is necessary to permit the parties to sufficiently complete expert discovery. The depositions of Plaintiff CLOSE and Defendant TAN have concluded. The parties are currently scheduling mediation for the end of January 2019 and wish to limit the costs and fees associated with expert discovery if this case can be resolved at mediation.

This is the third request to continue expert discovery deadlines. This extension will not affect the

1

STIPULATED REQUEST TO CONTINUE EXPERT DISCOVERY DEADLINES; ORDER
*Close v. City of Vacaville, et al.* U.S.D.C. Case No.: 2:17-cv-01313-WBS-DB

trial date or any other dates previously set by the Court.

For the reasons set forth above, the parties respectfully request this Court continue the previously set deadlines as follows:

| **Event** | **Current Date** | **Proposed Date** |
|---|---|---|
| Close of Fact Discovery | October 30, 2018 | No change |
| Expert Disclosures | December 10, 2018 | February 4, 2019 |
| Rebuttal Expert Disclosures | January 3, 2019 | February 25, 2019 |
| Dispositive Motion Filing Deadline | December 7, 2018 | No change |
| Pre-Trial Conference | March 18, 2019 | No change |
| Trial | June 11, 2019 | No change |

Dated: November 20, 2018                BERTRAND, FOX, ELLIOT, OSMAN & WENZEL


By:  */s/ Sheila D. Crawford*
    Richard W. Osman
    Sheila D. Crawford
    Attorneys for Defendant
    STUART K. TAN


Dated: November 20, 2018                LAW OFFICES OF JOHN T. BELL


By:  */s/ John T. Bell*
    John T. Bell
    Attorney for Plaintiff
    LISA MARIE CLOSE

2

STIPULATED REQUEST TO CONTINUE EXPERT DISCOVERY DEADLINES; ORDER
*Close v. City of Vacaville, et al.* U.S.D.C. Case No.: 2:17-cv-01313-WBS-DB

## **ATTORNEY ATTESTATION**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or have been authorized by plaintiff's counsel to show their signature on this document as /s/.

Dated: November 20, 2018          */s/ Sheila D. Crawford*
                                                                Sheila D. Crawford

# **ORDER**

WHEREFORE, pursuant to the parties' stipulation, it is hereby ordered that the deadlines previously set by this Court are continued as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Close of Fact Discovery | October 30, 2018 | No change |
| Expert Disclosures | December 10, 2018 | February 4, 2019 |
| Rebuttal Expert Disclosures | January 3, 2019 | February 25, 2019 |
| Dispositive Motion Filing Deadline | December 7, 2018 | No change |
| Pre-Trial Conference | March 18, 2019 | No change |
| Trial | June 11, 2019 | No change |

**IT IS SO ORDERED.**

Dated: December 4, 2018

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.civil\close1313.stip2.cont.sched.ord