Carter C. White, CSB # 164149
U.C. Davis Civil Rights Clinic
One Shields Avenue, Bldg. TB-30
Davis, CA 95616-8821
Telephone: (530) 752-5440
Fax: (530) 752-5788
ccwhite@ucdavis.edu

Attorney for Plaintiff,
Lisa Marie Close

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

LISA MARIE CLOSE

Plaintiff,

vs.

STUART K. TAN

Defendants.

No. 2:17-cv-01313-WBS-DB

**ORDER CONTINUING SETTLEMENT CONFERENCE**

The Court grants the parties' stipulation (ECF No. 62) as follows:

The scheduling conference in this matter is rescheduled to October 13, 2021, at 10:00 a.m. The informal pre-conference telephone conference with the parties is rescheduled to October 8, 2021, at 2:30 p.m.

DATED: August 20, 2021

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE