UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| LISA MARIE CLOSE, | No. 2:17-cv-01313-WBS-DB |
| Plaintiff, | |
| v. | ORDER |
| CITY OF VACAVILLE and STUART K. TAN, | |
| Defendants. | |

----oo0oo----

Good cause appearing, it is HEREBY ORDERED that defendant Stuart K. Tan's ex parte application to continue existing pre-trial and trial deadlines, (Docket No. 68), be, and the same hereby is, GRANTED.

The court hereby sets the following dates and deadlines in this case:

Expert Disclosures: January 28, 2022[1]

---

[1] Per defendant's application, the expert disclosure period will be reopened for the limited purpose of allowing

1

1    Rebuttal Expert Disclosures: February 11, 2022

2    Close of Expert Discovery: April 1, 2022

3    Final Pretrial Conference: June 20, 2022 at 1:30 p.m.

4    Jury Trial: August 23, 2022 at 9:00 a.m.

5    IT IS SO ORDERED.

6    Dated:  November 19, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

defendant to retain a new orthopedic expert and conduct a medical examination of plaintiff.  (See App. at 13 (Docket No. 68).)  Per plaintiff's request, and for purposes of equity, plaintiff may also designate her own retained medical expert during this expert disclosure period.  (See Opp. at 2 (Docket No. 70).)

2