Carter C. White, CSB # 164149
U.C. Davis Civil Rights Clinic
One Shields Avenue, Bldg. TB-30
Davis, CA  95616-8821
Telephone: (530) 752-5440
Fax: (530) 752-5788
ccwhite@ucdavis.edu

Attorney for Plaintiff,
Lisa Marie Close

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA MARIE CLOSE<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>STUART K. TAN<br><br>　　　　　Defendants. | No. 2:17-cv-01313-WBS-DB<br><br>**ORDER GRANTING PARTIES' REQUEST TO EXTEND TIME TO FILE SETTLEMENT DOCUMENTS** |

　　　The Court has received the parties' Joint Status Report. Good cause having been shown for an extension of time, the parties shall file their stipulated dismissal no later than March 17, 2023, or a Joint Status Report by that date if settlement has not been finalized. The Status Conference re Settlement currently set for January 30, 2023, is continued to **March 27, 2023 at 1:30 p.m.** before Senior Judge William B. Shubb.

Dated:  January 24, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

1

[Proposed] Order Extending Time to File Settlement Documents -  No. 2:17-cv-01313-WBS-DB