CARTER C. WHITE, State Bar No 164149
U.C. Davis Civil Rights Clinic
One Shields Ave., Bldg. TB-30
Davis, CA 95616
Telephone: (530) 752-5440
Facsimile: (530) 752-5788
Email: ccwhite@ucdavis.edu

Attorney for Plaintiff,
LISA MARIE CLOSE

Richard W. Osman, State Bar No. 167993
Sheila D. Crawford, State Bar No. 278292
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email: rosman@bfesf.com
       scrawford@bfesf.com

Attorneys for Defendant
STUART K. TAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA MARIE CLOSE,<br><br>    Plaintiff,<br><br>v.<br><br>STUART K. TAN,<br><br>    Defendant. | Case No. 2:17-cv-01313-WBS-DB<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE; ORDER** |

STIPULATION OF DISMISSAL
*Case No.: 2:17-cv-01313-WBS-DB*

The Parties, through their undersigned counsel, stipulate that the above-captioned action be dismissed with prejudice in its entirety, each side to bear their own fees and costs, pursuant to FRCP 41(a)(1)(A)(ii). The parties ask the Court to enter this stipulation as its Order.

IT IS SO STIPULATED.

Dated: April 21, 2023                                  BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

By: /R/ Richard W. Osman (as authorized 4/18/2023)
    Richard W. Osman
    Sheila D. Crawford
    Attorneys for Defendant
    STUART K. TAN

Dated: April 21, 2023

By: /s/ Carter C. White
    Carter C. White
    Attorney for Plaintiff
    LISA MARIE CLOSE

### ELECTRONIC CASE FILING ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or have been authorized by plaintiff's counsel to show their signature on this document as /s/.

Dated: April 21, 2023                                  */s/ Carter C. White*
                                                        Carter C. White

---

1

STIPULATION OF DISMISSAL
Case No. 2:17-cv-01313-WBS-DB

## **ORDER**

Having reviewed the Stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the above-captioned action be dismissed with prejudice in its entirety, each side to bear their own fees and costs.

IT IS SO ORDERED.

Dated:  April 21, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE